JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, invidiually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANASTASIA BEVERLY HILLS, LLC, a California limited liability company, and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:21-CV-07483-AB (RAOx)<br><br>**ORDER DISMISSING CIVIL ACTION AND VACATING DATES** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates and deadlines are **VACATED**.

Dated: February 1, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.